Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants CITY OF RICHMOND,
RICHMOND CHIEF OF POLICE CHRIS MAGNUS,
And RICHMOND POLICE OFFICERS T. HAUSCHILD and
E. SOUSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY EAST,<br><br>       Plaintiff,<br>  vs.<br><br>CITY OF RICHMOND, a municipal corporation; CHRIS MAGNUS, in his capacity as Chief of Police of for the CITY OF RICHMOND; T. HAUSCHILD, individually and in his capacity as a Police Officer for the CITY OF RICHMOND; E. SOUSA, individually and in his capacity as a Police Officer for the CITY OF RICHMOND; and DOES 1-25, inclusive,<br><br>       Defendants. | Case No.:  CV10 2392 SBA MED<br><br>**STIPULATION  AND ORDER EXTENDING TIME TO COMPLETE ADR AND MEDIATION OF THE CASE** |

   IT IS HEREBY STIPULATED by the parties hereto that the date for completion of ADR in this case be extended from Monday November 29, 2010 until that date 60 days following the filing of an Answer by Defendants CITY OF RICHMOND, RICHMOND CHIEF OF POLICE CHRIS MAGNUS, and RICHMOND POLICE OFFICERS T. HAUSCHILD and E. SOUSA.  Good cause exists for this extension given defendants Motion to Dismiss was granted by the Court with leave to amend by plaintiff.  Plaintiff's First Amended Complaint by Court order must be filed by November 16, 2010.   The case is therefore not presently at issue.  Additional time is necessary for the defendants to review the First Amended Complaint and decide on an appropriate responsive pleading.

The parties had a telephonic conference call with Ms. Robin Siefkin, ADR Program Staff Attorney, on November 16, 2010 and it was Ms. Siefkin's opinion that this extension of time to complete ADR was reasonable given the circumstances of this case. The parties therefore respectfully request the Court Order this Stipulation extending the time to complete ADR to 60 days after the filing of an Answer.

So Stipulated:

Dated: November 16, 2010					BERTRAND, FOX & ELLIOT

							By: _____/s/_____
							    Gregory M. Fox
							    Attorneys for Defendants CITY OF RICHMOND, et al

Dated:  November 16, 2010				LAW OFFICES OF JOHN L. BURRIS

							By: _____/s/_____
							    Benjamin Nisenbaum
							    Attorneys for Plaintiff BRITTANY EAST

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: November 16, 2010					_____/s/_____
							Gregory M. Fox

**ORDER**

Good Cause Appearing the Stipulation is So Ordered.

Dated: __11/18/10					_____Sandra B Armstrong_____
							United States District Court Judge