1  Gregory M. Fox, State Bar No. 070876
   BERTRAND, FOX & ELLIOT
2  The Waterfront Building
   2749 Hyde Street
3  San Francisco, California 94109
   Telephone:    (415) 353-0999
4  Facsimile:     (415) 353-0990

5  Attorneys for Defendants CITY OF RICHMOND,
   RICHMOND CHIEF OF POLICE CHRIS MAGNUS,
6  And RICHMOND POLICE OFFICERS T. HAUSCHILD and
   E. SOUSA
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | BRITTANY EAST,                                  | Case No.:  CV10 2392 SBA MED |
   |                                                  |                                |
12 |         Plaintiff,                               | **STIPULATION  AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE ADR AND MEDIATION OF THE CASE AND CHANGE DATE OF CASE MANAGEMENT CONFERENCE UNTIL AFTER ADR IS COMPLETED** |
13 |    vs.                                           |                                |
14 | CITY OF RICHMOND, a municipal corporation; CHRIS MAGNUS, in his capacity as Chief of Police of for the CITY OF RICHMOND; T. HAUSCHILD, individually and in his capacity as a Police Officer for the CITY OF RICHMOND; E. SOUSA, individually and in his capacity as a Police Officer for the CITY OF RICHMOND; and DOES 1-25, inclusive, |                                |
   |         Defendants.                              |                                |

21       IT IS HEREBY STIPULATED by the parties hereto that the date for completion of ADR in
22 this case be extended from Friday February 11, 2011 until Friday April 8, 2011.  Following motion
23 practice, it was agreed by the parties that the defendants would answer the Second Amended
24 Complaint and said Answer was filed on December 12, 2010.  By previous stipulation and Order of
25 this Court, ADR was to be completed within 60 days of the date the Answer was filed which date is
26 February 11, 2011 and a further Case Management Conference is scheduled for Wednesday,
27 February 16, 2011.
28       Good cause exists for this extension given counsel for the defendants Gregory M. Fox  has

been in a civil jury trial which commenced January 4th 2011 in Alameda County Superior Court, Department 520, Hayward, California (*Allstate v. City of Fremont,* Case No. FG07359350) and the jury's verdict was returned in open court on Thursday afternoon, January 27, 2011. The parties have been cooperating on discovery matters and have kept the Court appointed mediator, Stephen H. Sulmeyer, fully advised of the delay in scheduling the mediation given the trial schedule of Mr. Fox, counsel for defendants.

The parties will now schedule with the mediator a mutually convenient date and time for mediation of the case. The parties therefore stipulate and respectfully request continuance of the time to complete ADR until Friday April 8, 2011 and that the Case Management Conference now scheduled for February 16, 2011 be continued to April 20, 2011.

So Stipulated:

Dated: February 1, 2011          BERTRAND, FOX & ELLIOT

                                 By: _____/s/_____
                                     Gregory M. Fox
                                     Attorneys for Defendants CITY OF RICHMOND, et al

Dated: February 1, 2011          LAW OFFICES OF JOHN L. BURRIS

                                 By: _____/s/_____
                                     Benjamin Nisenbaum
                                     Attorneys for Plaintiff BRITTANY EAST

ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: February 1, 2011                  /s/
                                     Gregory M. Fox

**ORDER**

Good Cause Appearing the Stipulation is So Ordered. ADR is to be completed by Friday April 8, 2011. The telephonic Case Management Conference currently scheduled for February 16, 2011 is CONTINUED to <u>May 12, 2011 at 3:30 p.m.</u> Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. The joint statement shall be filed no later than ten (10) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated:  February 3, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge