Gregory M. Fox, State Bar No. 070876
Arlene C. Helfrich, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:  (415) 353-0999
Facsimile:  (415) 353-0990

Attorneys for Defendants CITY OF RICHMOND,
RICHMOND CHIEF OF POLICE CHRIS MAGNUS,
And RICHMOND POLICE OFFICERS T. HAUSCHILD and
E. SOUSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRITTANY EAST,<br><br>              Plaintiff,<br>    vs.<br><br>CITY OF RICHMOND, a municipal corporation; CHRIS MAGNUS, in his capacity as Chief of Police of for the CITY OF RICHMOND; T. HAUSCHILD, individually and in his capacity as a Police Officer for the CITY OF RICHMOND; E. SOUSA, individually and in his capacity as a Police Officer for the CITY OF RICHMOND; and DOES 1-25, inclusive,<br><br>              Defendants. | Case No.:  CV10 2392 SBA MED<br><br>**STIPULATION  AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE ADR AND MEDIATION OF THE CASE AND CHANGE DATE OF CASE MANAGEMENT CONFERENCE UNTIL AFTER ADR IS COMPLETED** |
|---|---|

IT IS HEREBY STIPULATED by the parties hereto that the date for completion of ADR in this case be extended from Friday April 8, 2011 until Friday June 24, 2011.   By previous stipulation and Order of this Court, ADR was continued due to defense counsel Gregory M. Fox's participation in a four week jury trial which commenced January 4, 2011 in Alameda Superior Court.   That stipulation and Order also continued the Case Management Conference to April 20, 2011.

Good cause exists for this extension in that during the March 17, 2011 scheduling conference call with the Court appointed mediator, Stephen H. Sulmeyer, Mr. Sulmeyer advised the parties that

1  he had no dates available for mediation prior to the April 8, 2011 deadline.  The first date available
2  for Mr. Sulmeyer and counsel was June 8, 2011.  The parties and mediator Sulmeyer have tentatively
3  scheduled the mediation for June 8, 2011 at 10:00 a.m.  The parties seek to continue the ADR
4  compliance date slightly beyond this tentative date in case rescheduling is required to accommodate
5  party attendance.

6        The parties therefore stipulate and respectfully request continuance of the time to complete
7  ADR until Friday, June 24, 2011 and that the Case Management Conference now scheduled for April
8  20, 2011 be continued to June 29, 2011.

9        So Stipulated:

Dated:  March 22, 2011                         BERTRAND, FOX & ELLIOT

                                                By:          /s/
                                                    Gregory M. Fox
                                                    Attorneys for Defendants CITY OF RICHMOND, et al

Dated:  March 22, 2011                         LAW OFFICES OF JOHN L. BURRIS

                                                By:          /s/
                                                   Benjamin Nisenbaum
                                                   Attorneys for Plaintiff BRITTANY EAST

### ATTORNEY ATTESTATION

      I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.

Dated: March 22, 2011                          /s/
                                                     Gregory M. Fox

**ORDER**

Good Cause Appearing the Stipulation is So Ordered. ADR is to be completed by Friday June 24, 2011. The telephonic Case Management Conference currently scheduled for April 20, 2011 is CONTINUED to **June 30, 2011 at 2:45 p.m.** Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. The joint statement shall be filed no later than ten (10) days prior to the conference and shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Dated:  March 29, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge