UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRITTANY EAST,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF RICHMOND, a municipal corporation; CHRIS MAGNUS, in his capacity as Chief of Police of for the CITY OF RICHMOND; T. HAUSCHILD, individually and in his capacity as a Police Officer for the CITY OF RICHMOND; E. SOUSA, individually and in and in his capacity as a Police Officer for the CITY OF RICHMOND; and DOES 1-25, inclusive,<br><br>　　　　Defendants. | Case No:  C 10-2392 SBA<br><br>**ORDER EXCUSING POLICE CHIEF CHRIS MAGNUS FROM ATTENDING MEDIATION** |

　　Good cause appearing,

　　IT IS HEREBY ORDERED THAT City of Richmond Police Chief Chris Magnus is excused from attending the mediation set for June 8, 2011.

　　IT IS SO ORDERED.

Dated:  June 6, 2011

　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge