Gregory M. Fox, State Bar No. 070876
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants CITY OF RICHMOND,
RICHMOND CHIEF OF POLICE CHRIS MAGNUS,
And RICHMOND POLICE OFFICERS T. HAUSCHILD and
E. SOUSA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY EAST,<br><br>             Plaintiff,<br>     vs.<br><br>CITY OF RICHMOND, a municipal corporation; CHRIS MAGNUS, in his capacity as Chief of Police of for the CITY OF RICHMOND; T. HAUSCHILD, individually and in his capacity as a Police Officer for the CITY OF RICHMOND; E. SOUSA, individually and in his capacity as a Police Officer for the CITY OF RICHMOND; and DOES 1-25, inclusive,<br><br>             Defendants. | Case No.:  CV10 2392 SBA<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The parties, acting by and through their respective legal counsel, herein stipulate for an Order continuing the Case Management Conference from Thursday, 2:45 p.m., June 30, 2011 to a new date of **September 14, 2011, at 3:30 p.m**. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference  that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court.  Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Good cause exists for this stipulation because counsel for defendants Gregory Fox is attending a pretrial conference for a jury trial in Alameda Superior Court, Department 23, Oakland, California (*Mehdavi v. City of Fremont,* Case No. HG09460732). This matter is set for trial beginning July 11 and continuing through August 5, 2011. Mr. Fox is then scheduled for a prepaid vacation beginning August 8 through 19, 2011.

So Stipulated:

Dated: June 23, 2010				BERTRAND, FOX & ELLIOT


							By: _____/s/_____
							Gregory M. Fox
							Attorneys for Defendants CITY OF RICHMOND,
							RICHMOND CHIEF OF POLICE CHRIS MAGNUS,
							And RICHMOND POLICE OFFICERS T.
							HAUSCHILD and E. SOUSA


Dated: June 23, 2010				LAW OFFICES OF JOHN L. BURRIS


							By: _____/s/_____
							Benjamin Nisenbaum
							Attorneys for Plaintiff
							BRITTANY EAST


ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document.


Dated: June_23, 2010				_____/s/_____
							Gregory M. Fox

**ORDER**

IT IS SO ORDERED.

Dated: 6/24/11					_Saundra B. Armstrong_____
							SAUNDRA BROWN ARMSTRONG
							United States District Judge