```
 1
 2                          UNITED STATES DISTRICT COURT
 3                        NORTHERN DISTRICT OF CALIFORNIA
 4
     EAST,                              )     No. C10-02392 SBA
 5                   Plaintiff,         )
                                        )     ORDER DISMISSING ACTION
 6        vs.                           )
                                        )
 7    CITY OF RICHMOND ET AL,           )
                                        )
 8                   Defendant.         )
                                        )
 9   _____)
10
11        The Court having been notified of the settlement of
12   this action, and it appearing that no issue remains for the
13   Court's determination,
14        IT IS HEREBY ORDERED THAT this action and all claims
15   asserted herein are DISMISSED with prejudice.  In the event
16   that the settlement is not reached, any party may move to
17   reopen the case and the trial will be rescheduled, provided
18   that such motion is filed within 30 days of this order.  All
19   scheduled dates, including the trial and pretrial dates, are
20   VACATED.
21        IT IS SO ORDERED.
22   DATED:9/14/11
23                              _____
                                     SAUNDRA BROWN ARMSTRONG
24                               United States District Judge
25
26
27
28
```